DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CECIL L. TOLBERT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1302

[July 20, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 09-6570-CF10A.

Cecil Tolbert, Malone, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***